McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (559) 554-2762
Facsimile: (559) 554-2900
E-Mail: Catherine.Swann@usdoj.gov


Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:18-CV-02217-TLN-CKD** |
| Petitioner, | **ORDER TO VACATE HEARING AND CLOSE THIS CASE** |
| v. | |
| ANDREW D. SCOTT, | |
| Respondent. | |

On October 1, 2018, Petitioner filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). In light of Petitioner's voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1). This Court VACATES all pending dates, including the show cause hearing set for October 24, 2018. The Clerk of Court is directed to CLOSE THIS CASE.


IT IS SO ORDERED.

Dated: October 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE